**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**GEORGE ARTHUR BUNN**                                                                    **PETITIONER**

**VS.**                                        **CASE NO. 5:05CV00228 JLH/HDY**

**LARRY NORRIS, Director of the
Arkansas Department of Correction**                                            **RESPONDENT**

**ORDER**

The Court has received proposed Findings and Recommendations from Magistrate Judge

H. David Young.   After careful review of those Findings and Recommendations, the timely

objections received thereto, and a *de novo* review of the record, the Court concludes that the Findings

and Recommendations should be, and hereby are, approved and adopted in their entirety as this

Court's findings in all respects.   Judgment will be entered accordingly.

IT IS SO ORDERED this   9th   day of September, 2005.


_____
UNITED STATES DISTRICT JUDGE